# LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P.
### ATTORNEYS AT LAW
SUITE 3600
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-7735
WWW.LOWESTEIN.COM
TELEPHONE (504) 581-2450
FACSIMILE (504) 581-2461

ROBERT C. LOWE†
MARK S. STEIN**
MITCHELL J. HOFFMAN†+
MICHAEL R. ALLWEISS
MAX J. COHEN(I)
DAVID M. PRADOS†
SUZETTE MARIE SMITH†
MARYNELL L. PIGLIA
PAULA H. LEE
JEFFREY M. HOFFMAN
GREGORY S. MARSIGLIA
KIM N. NGUYEN
MELANIE C. LOCKETT
TYLER J. DOUGLAS*
ABIGAIL F. GERRITY
GORDON J. KUEHL

TERENCE L. HAUVER
(1947-2002)

OF COUNSEL
MARK S. GOLDSTEIN
ALICIA M. BENDANA▲
ELLEN WIDEN KESSLER

WRITER'S E-MAIL:
mlockett@lowestein.com

* LL.M. IN TAXATION
† BOARD CERTIFIED TAX ATTORNEY
  CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
+ BOARD CERTIFIED FAMILY LAW SPECIALIST
  CERTIFIED BY THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
▲ A PROFESSIONAL LAW CORPORATION
** BOARD CERTIFIED IN BUSINESS BANKRUPTCY LAW
   CERTIFIED BY THE AMERICAN BOARD OF CERTIFICATION AND
   THE LOUISIANA BOARD OF LEGAL SPECIALIZATION
(I) ALSO ADMITTED IN TEXAS

May 25, 2018

**VIA FAX: 504-589-7598**
The Honorable Sarah Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: Neal v. Whole Food Company, Inc.
    USDC EDLA #2:17-cv-05313
    Our File No.: 9696-16222

Dear Judge Vance:

In furtherance of the today's brief telephone conference between your staff, Roger Javier, counsel for Defendants, and the undersigned, counsel for Plaintiff, I am writing to confirm that the parties have reached an agreement and to request the issuance of a 60 Day Dismissal Order.

Thank you.

Sincerely,

Melanie C. Lockett

MCL/lbn
cc: Roger A. Javier, Esq. (via email)
    Zachary J. Ardoin, Esq. (via email)
    Marques Neal (via email)
    Abigail Gerrity, Esq. (via email)

00273165.WPD;1