## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARQUES NEAL** | * | **CIVIL ACTION NO:** |
| | * | **2:17-cv-05313** |
|     **Plaintiff** | * | |
| | * | **SECTION "R"** |
|  **VERSUS** | * | |
| | * | **Magistrate (5)** |
| **WHOLE FOODS MARKET, INC. AND** | * | |
| **WHOLE FOOD COMPANY, INC.** | * | |
|     **Defendant** | * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-entitled and numbered cause be and is hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 20th day of _____July_____, 2018.

_____Sarah Vance_____
J U D G E

Respectfully submitted,

**LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER, LLP**

*/s/ Melanie C. Lockett*
**MELANIE C. LOCKETT, T.A.** (#30601)
701 Poydras St., Suite 3600
New Orleans, Louisiana 70139
Telephone: (504) 581-2450
Attorney for Plaintiff,
Marques Neal

**THE JAVIER LAW FIRM**

*/s/ Roger A. Javier*
**ROGER A. JAVIER, T.A.** (Bar No. 26056)
1340 Poydras St., Suite 2100
New Orleans, LA 70112
Telephone: (504) 599-8570
Facsimile: (504) 599-8579
Attorneys for Defendants,
Whole Food Company, Inc. and
Whole Foods Market, Inc.